NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 255120)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-6269
     Email:     Julian.L.Andre@usdoj.gov

BRETT A. SAGEL (Cal. Bar. No. 243918)
Assistant United States Attorney
     Ronald Reagan Federal Building
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3598
     Facsimile: (714) 338-3708
     Email:     Brett.Sagel@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>               v.<br><br>MICHAEL J. AVENATTI,<br><br>           Defendant.<br><br>IN RE: SEARCH WARRANT FOR SEVEN DIGITAL DEVICES IN THE CUSTODY OF THE INTERNAL REVENUE SERVICE–CRIMINAL INVESTIGATION IN LAGUNA NIGUEL, CALIFORNIA | Nos. SA 19-241-M<br>          8:19-MJ-103<br><br>NOTICE OF EXECUTION OF ARREST WARRANT AND UNSEALING OF DOCUMENTS |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julian L. André and

1

Brett A. Sagel, hereby gives notice that the arrest warrant issued in United States v. Avenatti, No. SA 19-241-M, was executed on March 25, 2019.  Accordingly, pursuant to this Court's March 24, 2019, Order, the criminal complaint and related documents filed United States v. Avenatti, No. SA 19-241-M, and the search warrant and related documents filed in In re: Search Warrant, No. 8:19-MJ-103, are now deemed unsealed and should be unsealed on the Court's docket.

Dated: March 24, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*/s/ Julian André*

JULIAN L. ANDRÉ
BRETT A. SAGEL
Assistant United States Attorneys

Attorneys for Applicant
UNITED STATES OF AMERICA