86743-054

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | WARRANT FOR ARREST |
|---|---|
| PLAINTIFF, | |
| v. | 10843809 |
| MICHAEL J. AVENATTI | ON COMPLAINT |
| DEFENDANT(S) | CASE NO.: SA 19 - 241 M |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MICHAEL J. AVENATTI** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Bank Fraud, in violation of Title 18, United States Code, Section 1344(2), and Wire Fraud, in violation of Title 18, United States Code, Section 1343.

REC: BY AUSAs Julian L. André and Brett A. Sagel    [Detention]

March 22, 2019
Date

Name of Magistrate Judge

DOUGLAS F. McCORMICK
Signature of Magistrate Judge

2019 APR -8 AM 9:12
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
FILED

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): | | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4-1-19 | | | |

SUBJECT ARRESTED BY FBI AND ARRAIGNED ON IN THE CENTRAL DISTRICT OF CALIF.

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST ON COMPLAINT                                  Page 1 of 4